```
 1  LATHAM & WATKINS LLP
        Karl S. Lytz (Bar No. 110895)
 2      Christopher W. Johnstone (Bar No. 242152)
    505 Montgomery Street, Suite 2000
 3  San Francisco, California  94111-2562
    Telephone:  (415) 391-0600
 4  Facsimile:  (415) 395-8095

 5      Maureen E. Mahoney
    555 Eleventh Street NW, Suite 1000
 6  Washington, D.C. 20004-1304
    Telephone:  (202) 637-2200
 7  Facsimile:  (202) 637-2201

 8  Attorneys for Plaintiffs
    UNION PACIFIC RAILROAD COMPANY and
 9  BNSF RAILWAY COMPANY

10  (Co-Counsel listed on signature page)

11
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY and BNSF RAILWAY COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA PUBLIC UTILITIES COMMISSION, and MICHAEL R. PEEVEY, PRESIDENT, GEOFFREY F. BROWN, JOHN BOHN, RACHELLE CHONG, and DIAN M. GRUENEICH, COMMISSIONERS OF THE CALIFORNIA PUBLIC UTILITIES COMMISSION, in their official capacities, <br><br> Defendants. | CASE NO. 1:07-CV-00001-OWW-DLB <br><br> ORDER EXTENDING TIME TO RESPOND TO COMPLAINT |

/
/
/

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

1

**ORDER**

2

Pursuant to Local Rule 6-144, the deadline for all Defendants to respond to the

3

Complaint is extended 44 days to April 12, 2007.

4

5

6

IT IS SO ORDERED.

7

Dated:  February 23  , 2007        _/s/ OLIVER W. WANGER___
                                    The Honorable Oliver W. Wanger
8                                   UNITED STATES DISTRICT JUDGE

9

10

11

12

Carol A. Harris
49 Stevenson Street, Suite 1500
13
San Francisco, California 94105-2975

14

Co-Counsel for Plaintiff Union Pacific Railroad Company

15

16

W. Douglas Werner
3017 Lou Menk Drive
17
Fort Worth, Texas 76131-2800

18

Co-Counsel for Plaintiff BNSF Railway Company

19

20

21

22

23

24

25

26

27

28