LATHAM & WATKINS LLP
   Karl S. Lytz (Bar No. 110895)
   Christopher W. Johnstone (Bar No. 242152)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

   Maureen E. Mahoney (Pro Hac Vice)
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

Attorneys for Plaintiffs
UNION PACIFIC RAILROAD COMPANY and
BNSF RAILWAY COMPANY

(Co-Counsel listed on signature page)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY and BNSF RAILWAY COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA PUBLIC UTILITIES COMMISSION, and MICHAEL R. PEEVEY, PRESIDENT, GEOFFREY F. BROWN, JOHN BOHN, RACHELLE CHONG, and DIAN M. GRUENEICH, COMMISSIONERS OF THE CALIFORNIA PUBLIC UTILITIES COMMISSION, in their official capacities,<br><br>Defendants. | CASE NO. 1:07-CV-00001-OWW-DLB<br><br>ORDER AUTHORIZING FURTHER STIPULATIONS EXTENDING TIME TO RESPOND TO COMPLAINT; EXCUSING RULE 26 OBLIGATIONS; EXCUSING SUBMISSION OF A JOINT SCHEDULING REPORT; ADJOURNING MANDATORY SCHEDULING CONFERENCE |

/
/
/

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER AUTHORIZING FURTHER STIPULATIONS, ETC.

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

The Court hereby authorizes the Parties to stipulate to further extensions of time for Defendants to respond to the Complaint for a period not to exceed six months, i.e., further extensions may be stipulated up to, but not beyond, October 12, 2007.  The Parties are presently excused from their obligations for early meeting and information exchange under Federal Rule of Civil Procedure 26, and from filing a Joint Scheduling Report.  The Mandatory Scheduling Conference is adjourned for six months to November 1, 2007.

IT IS SO ORDERED.

Dated:   April 9, 2007                              /s/ Oliver W. Wanger
                                                                The Honorable Oliver W. Wanger
                                                                UNITED STATES DISTRICT JUDGE

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com